**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

SHANECA LOUISE DAVIS,           )
                                )
        Plaintiff,              )
                                )
    v.                          )         No. 4:26-cv-01001 SPM
                                )
MISSOURI DEPT. OF REVENUE       )
DIVISION OF TAXATION,           )
                                )
        Defendant.

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff Shaneca Davis' Application to Proceed in District Court Without Prepaying Fees or Costs. [ECF No. 2].  Having reviewed the Application, the Court finds that Plaintiff has not provided sufficient information on her Application to qualify for in forma pauperis status. Plaintiff's Application will be denied without prejudice. Within 14 days of this Order, Plaintiff must either pay the full $405 filing fee or complete a new Application to Proceed in District Court Without Prepaying Fees or Costs. Her failure to do one or the other in a timely manner will result in a dismissal of this action without prejudice.

**The Complaint**

Plaintiff Shaneca Davis brings this action against the Missouri Department of Revenue, Division of Taxation pursuant to 42 U.S.C. § 1983 alleging that she is having difficulty ascertaining what has happened to her state tax refund. Plaintiff claims that she has gone through

financial hardship, but she has received her 2025 Missouri state tax refund. She seeks compensatory and punitive damages from the State of Missouri.

### Discussion

Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, does not provide sufficient information regarding Plaintiff's finances, and as a result, the Court must deny her request at this time. [ECF No. 2]. Plaintiff provides no information about her income, her assets or any other relevant financial information. Although she states in a conclusory fashion that she has $2,500 in financial obligations per month, *see* ECF No. 2 at 2, she has not explained how she pays for these expenses with no income or assets. Therefore, the Application will be denied without prejudice.[1] Within 14 days of this Order, Plaintiff must either pay the full $405 filing fee or complete a new Application to Proceed in District Court Without Prepaying Fees or Costs.  Her failure to do one or the other will result in a dismissal of this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED without prejudice**.

**IT IS FURTHER ORDERED <u>that within 14 days of the date of this Order</u>**, Plaintiff must either pay the full $405 filing fee or file an adequate Application to Proceed in District

---

[1] Currently, Plaintiff has two additional cases before the Court. *See Davis v. State of Missouri, et al.*, Case No. 4:25-cv-01889 SEP (E.D.Mo.) and *Davis v. Magnus Properties, et al.,* Case No. 4:26-cv-00279 SEP (E.D.Mo.). Plaintiff's Applications to Proceed in District Court Without Prepaying Fees or Costs filed in her other two cases also fail to provide information regarding income and assets; however, she lists differing amounts for housing expenses in all three cases before the Court.  For example, in the underlying matter, Plaintiff states that she has $2,500 per month in current expenses but no income or assets. [ECF No. 2 at 2]. She makes the same assertion in *Davis v. State of Missouri, et al.*, Case No. 4:25-cv-01889 SEP (E.D.Mo.). [ECF No. 3 at 2]. However, in *Davis v. Magnus Properties, et al.,* Case No. 4:26-cv-00279 SEP (E.D.Mo.), Plaintiff asserts that she has $1,250 per month in expenses with no income or assets. [ECF No. 2 at 2].

Court Without Prepaying Fees or Costs. The Clerk of Court is directed to provide Plaintiff with a blank Application.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 6th day of July, 2026.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

3